BEFORE THE SECOND DIVISION, JUNE 25, 1963

No. 67864.—Far Eastern Markets, Inc., et al. v. United States, protests 61/95, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of vacuum brushes similar in all material respects to those the subject of *Bruce Duncan Company, a/c Sims-Worms* v. *United States* (45 Cust. Ct. 85, C.D. 2202), the claim of the plaintiffs was sustained.

No. 67865.—Nordlight, Inc. v. United States, protests 60/17224, 62/14856, and 62/14855 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of pulleys similar in all material respects to those the subject of *Nord Light, Inc.* v. *United States* (49 CCPA 12, C.A.D. 786), the claim of the plaintiff was sustained.

No. 67866.—Wilshire Mfg. Co. v. United States, protest 61/18171 (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise, described on the invoice as "worm gear" or "worm," is similar in all material respects to that the subject of Abstract 66689, the claim of the plaintiff was sustained.